**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover<br>Court Reporter:       Terri Lindblom | Date: December 3, 2015 |

Civil Action No. 15-cv-01509-MSK-KMT

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor | Alicia Truman |
| Plaintiff, | |
| v. | |
| STEWART ENVIRONMENTAL CONSULTANTS LLC, DAVID STEWART, AND STEWART ENVIRONMENTAL CONSULTANTS, LLC 401(K) PLAN, | Peter Langdon (by telephone) |
| Defendants. | |

## COURTROOM MINUTES

HEARING:    Motions hearing

**1:38 p.m.       Court in session.**

Defendant David Stewart appears by telephone.

The Court addresses Motion for Order to Approve and Enter Consent Judgment (**Doc. #20**)

Oral findings are made of record and incorporated herein.

**ORDER:**     Motion for Order to Approve and Enter Consent Judgment (**Doc. #20**) is **GRANTED.**

The Court approves the agreement of the parties and enters judgment as follows:

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

    Defendant Stewart will be barred from serving or acting as a fiduciary or service provider with respect to any employment benefit plan subject to ERISA.  Once the plan has been terminated in accordance with the parties' settlement agreement.  Each party will bear its own costs and expenses including attorney fees arising in connection with any stage of the case, including but not limited to attorney fees which might be available under the equal access to justice act. No plan assets will be used to pay the parties' attorney fees, costs, or other litigation expenses.

There appears to be no need for retention of further jurisdiction by this court. The clerk is directed to enter judgment in this case and to close it.

**1:52 p.m.     Court in recess.**

**Total Time:   14 minutes.**
**Hearing concluded.**