IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-01509-MSK-KMT

THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor

       Plaintiff,

v.

STEWART ENVIRONMENTAL CONSULTANTS LLC,
DAVID STEWART, AND
STEWART ENVIRONMENTAL CONSULTANTS, LLC 401(K) PLAN,

       Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on December 3, 2015, are incorporated herein by reference. Consistent therewith, it is ORDERED that:

    The Court approves the agreement of the parties and enters judgment as follows: Defendant Stewart will be barred from serving or acting as a fiduciary or service provider with respect to any employment benefit plan subject to ERISA. Once the plan has been terminated in accordance with the parties' settlement agreement. Each party will bear its own costs and expenses including attorney fees arising in connection with any stage of the case, including but not limited to attorney fees which might be available under the equal access to justice act. No plan assets will be used to pay the parties' attorney fees, costs, or other litigation

    expenses.

    The case is closed.

    Dated this 3rd day December, 2015.

                                  ENTERED FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  s/Patricia Glover
                                    Deputy Clerk